# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Cedric Carmello

                Plaintiff,

v.                                      Case No.: 1:19–cv–08115
                                             Honorable Steven C. Seeger

FedEx Supply Chain, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 7, 2020:

    MINUTE entry before the Honorable Steven C. Seeger: Based upon the filed Stipulation of Voluntary Dismissal (Dckt. No. [21]), this case is dismissed without prejudice and without costs to either party. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.